___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 14 2016

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-176 RSL |
| Plaintiff, | |
| v. | INFORMATION |
| JASPER K. BELL, | |
| Defendant. | |

The United States Attorney charges that:

### COUNT ONE

**(Threatening a Federal Official)**

On or about April 22, 2016, at Seattle, within the Western District of Washington, JASPER K. BELL threatened to assault a United States official, namely, United States Congressman Jim McDermott, with the intent to impede, intimidate, and interfere with such official while engaged in the performance of official duties, and with the intent to retaliate against such official on account of the performance of official duties.

//
//
//

All in violation of Title 18, United States Code, Sections 115(a)(1)(B) and (b)(4).

DATED this 14th day of June, 2016.

*[signature]*
ANNETTE L. HAYES
United States Attorney

*[signature]*
TODD GREENBERG
Assistant United States Attorney