JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASPER BELL,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CR16-00176RSL<br><br>SUPPLEMENT TO DEFENDANT'S SENTENCING MEMORANDUM |

The defendant, Jasper Bell, through his attorney, Assistant Federal Public Defender Nancy Tenney, submits the attached letter in support of Defendant's Sentencing Memorandum.

Dated this 5th day of January, 2017.

s/ *Nancy Tenney*
Attorney for Jasper Bell
Office of the Federal Public Defender



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

s/ *Charlotte Ponikvar*
Paralegal
Office of the Federal Public Defender



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

# SUPPLEMENT

Dear Judge Lasnik, I would like to express my deepest apologies to Representative Jim McDermott and his office staff members. I am so sincerely sorry for my words and actions of April 22nd. I promise I meant no one any harm and I am extremely sorry that I caused anyone to be scared. It is not my nature to act in this way, I am very peaceful. I have felt absolutely terrible about how I acted and I can promise you that I will absolutely never say or do anything like this ever again.

I have had a long time to think about the way I behaved wrongly. I spent two month in jail thinking every day about how I wish I had never said what I'd said. Now I've had seven more months on probation with a location monitoring, urinary analysis tests, home visits from my parole officer and others, and in these seven months I have complied with every order that the court has given me.

In my seven months of probation I have also been working very hard at becoming the best contributing person to society that I am able to be. I got hired at Espresso Vivace and have held down the job for six months, working extremely hard and recently getting a promotion. I have also taken it upon myself to go back to school. I am attending Seattle Central College and taking a history class and an art class.

Once more I would just like apologize for my actions, I am so truly sorry. I hope I might be forgiven. Please know that I know the errors of my behavior and I promise I will never ever do anything like this ever again. Please allow me to continue to be a functioning, contributing part of society.

Sincerely, Jasper Bell